October 17, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

REGINALD PETTEWAY, Appellant

NO. 14-12-01032-CV                     V.

MORLOCK LLC, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on November 5, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Reginald Petteway.

We further order this decision certified below for observance.